UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE ROE, on behalf of themselves and their minor child, ) ) ) | |
| Plaintiff, ) | |
| ) | NO. 3:16-cv-856 |
| v. ) | CHIEF JUDGE CRENSHAW |
| ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiffs' Motions to Proceed Under Pseudonym (Doc. No. 39). This is motion is well taken. See Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004) (holding that plaintiffs may be excused from identifying themselves in situations where their privacy interests substantially outweigh the presumption of open judicial proceedings) Here, for the reasons set forth in the Motion, Plaintiffs have exceedingly compelling privacy interests that justify proceeding under pseudonyms. Accordingly, the motion is **GRANTED**. Plaintiffs shall be referred to as John Doe and Jane Roe in all documents. Furthermore, the United States shall take care to be sure that any publicly-filed exhibits bearing Plaintiffs' names are appropriately redacted or, if necessary, the Government shall make a Motion to file such documents under seal.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE